IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 20-03819-MCF13 |
| LUIS HOMMY RODRIGUEZ VAZQUEZ | Chapter 13 |
| RUTH JACQUELINE CRUZ MERCED | |
| Debtor(s) | ADVERSARY NUMBER: 21-00024-MCF |
| LUIS HOMMY RODRIGUEZ VAZQUEZ | |
| RUTH JACQUELINE CRUZ MERCED | |
| Plaintiff(s) | |
| USDA RURAL HOUSING SERVICE | FILED & ENTERED ON MAR/09/2021 |
| ALEJANDRO OLIVERAS RIVERA | |
| Defendant(s) | |

ORDER SETTING INITIAL SCHEDULING CONFERENCE

TO THE ATTORNEY IN THE ABOVE CASE:

You are hereby notified that on order of the Honorable Mildred Cabán, an initial scheduling conference in the above captioned case will be held on June 16, 2021, at 9:00 AM, via Microsoft Teams. All parties that wish to appear at the hearing must familiarize themselves and follow the Procedures for Remote Appearances, found on the homepage of our Website at https://www.prb.uscourts.gov/.

This conference will be governed by Rule 7016 of the Rules of Bankruptcy Procedure and Rule 16 of the Local Rules of the U.S. District Court for the District which is hereby adopted to be used in this proceeding.

IT IS SO ORDERED that each party be represented by the attorney who expects to conduct the actual trial and that each attorney be familiar with the rules of pre trial aforementioned.

Counsels are directed to meet informally prior to the date of the initial scheduling conference to discuss settlement, and if settlement cannot be reached, to discuss any necessary discovery and to schedule a pre-trial hearing

date. A meeting of counsel on the date of the initial scheduling conference does not comply with the spirit of this Order.

IT IS FURTHER ORDERED that failure to comply with this order may result in the imposition of any sanctions that the Court may deem appropriate including the dismissal of the case.

Plaintiff is ordered to give notice of this order to Defendant(s) and file a certificate of service with the Court within ten (10) days.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9 day of March, 2021.

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge