IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE:<br>LUIS HOMMY RODRIGUEZ VAZQUEZ<br>RUTH JACQUELINE CRUZ MERCED | * * * * | CASE NO. 20-03819/MCF |
| | * | CHAPTER 13 |
| DEBTOR(S) | * | |
| _____ | * | ADVERSARY 21-00024/MCF |
| | * | |
| LUIS HOMMY RODRIGUEZ VAZQUEZ<br>RUTH JACQUELINE CRUZ MERCED | * * * | |
| PLAINTIFF(S) | * * | |
| | * | |
| USDA RURAL HOUSING SERVICE | * * | |
| ALEJANDRO OLIVERAS RIVERA, ESQ<br>AS CHAPTER 13 TRUSTEE | * * * | |
| DEFENDANT(S) _____ | * | |

## CERTIFICATE OF SERVICE
## RE: NOTICE TO DEFENDANTS OF COMPLAINT AND SUMMONS

TO THE HONORABLE COURT:

**I ROBERTO FIGUEROA CARRASQUILLO**, attorney for plaintiffs, certify that on

March 9, 2021, a true copy of the adversary cover sheet, complaint and summons, issued

by the Court in the above captioned proceeding, were mailed to Defendant as follows:

USDA Rural Development, United States Department of Agriculture, Rural Housing
Service, c/o Luis R Garcia, Acting State Director, Edif 654 Plaza Suite 601, 654
Munoz Rivera Avenue, San Juan PR    00918-4129, certified mail
#70161370000074986012

United States Attorney District of Puerto Rico, W Stephen Muldrow, Esq., Room 150
Federal Bldg, San Juan PR  00917, certified mail #70161370000074984971

Page -2-
Certificate of Service
Adversary Proceeding 21-00024/MCF

Attorney General of the United States, Robert M. Monty Wilkinson, Esq., 950 Pennsylvania Ave NW, Washigton DC 20530-0001, certified mail #70161370000074984988

United States of America, United States Department of Agriculture, Rural Housing Service, Centralized Service Center, PO Box 66879, St Louis MO 63166, certified mail #70171070000105981193

Attached is copy of delivery receipt for each party that was noticed as herein stated.

**CERTIFICATE OF SERVICE**: The undersigned attorney hereby certifies that on this same date a copy of this certificate of service has been filed with the Clerk of the Court using the CM/ECF filing system which will send notice of same to the CM/ECF participants. I also certify that a copy of this certificate of service was served by regular mail to plaintiff/Debtors Luis Hommy Rodriguez Vazquez and Ruth Jacqueline Cruz Merced, in the above captioned adversary proceeding.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 10th day of March, 2021.

/s/ *Roberto Figueroa-Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC 203614
ATTORNEY FOR PLANTIFFS
PO BOX 186
CAGUAS, PR 00726
TEL NO. (787) 744-7699/(787) 963-7699
EMAIL rfc@rfigueroalaw.com

**U.S. Postal Service**

**CERTIFIED MAIL RECEIPT**

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

San Juan P.R. 00918

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.60 |
| $ | $2.85 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ $0.00 |
| ☐ Adult Signature Required | $ $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $0.75 |
| $ | |
| Total Postage and Fees | $7.20 |
| $ | |

0726
66

Postmark
Here

MAR 08 2021

03/09/2021

USPS

Sent To US Rural Dev, US Dpt of Agricultore
Rural Housing service Luis R. Barcia, Direct

Street and Apt. No., or PO Box No. edif C-54 Plaza Suite 601, 654 Munoz Riven

City, State, ZIP+4 San Juan P.R. 00918-4129

U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

San Juan, P.R. 00917

OFFICIAL USE

| Certified Mail Fee | $4.60 | | | 0726 |
| $ | | $2.85 | | 66 |
| Extra Services & Fees (check box, add fee as appropriate) | | | | |
| ☐ Return Receipt (hardcopy) | $0.00 | | | |
| ☐ Return Receipt (electronic) | $0.00 | | Postmark | |
| ☐ Certified Mail Restricted Delivery | $0.00 | | Here | |
| ☐ Adult Signature Required | $0.00 | | | |
| ☐ Adult Signature Restricted Delivery | $ | | | |

MAR 03 2021

CAGUAS, P.R. 00725

Postage
$0.75

Total Postage and Fees
$7.20

USPS

03/09/2021

Sent To United States Attorney District of P.R.
W. Stephen Muldrow, Esq.
Street and Apt. No., or PO Box No.
Room 150 Federal Bldg
City, State, ZIP+4®
San Juan P.R. 00917



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

| | |
|---|---|
| Certified Mail Fee | $3.60 |
| $ | 0726 |
| | $2.85 |
| Extra Services & Fees (check box, add fee as appropriate) | 66 |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ $0.00 |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $0.75 |
| $ | |
| Total Postage and Fees | 03/09/2021 |
| $7.20 | |

MAR 08 2021

Sent To *Attorney General of the United States*
*Robert M. Monty Wilkinson*
Street and Apt. No., or PO Box No. *950 Pennsylvania Ave NW*
City, State, ZIP+4® *Washington DC 20530-0001*



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
**Domestic Mail Only**

For delivery information, visit our website at www.usps.com®.

Saint Louis, MO 63166

| Certified Mail Fee | $3.60 | | 0726 |
| --- | --- | --- | --- |
| $ | | | 66 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here | |
| ☐ Adult Signature Required | $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | | |
| Postage | $0.75 | | |
| $ | | | |
| Total Postage and Fees | $7.20 | | 03/09/2021 |
| $ | | | |

Sent To United States of America, US of Agriculture Rural Housing Service, Central Service Cent

Street and Apt. No., or PO Box No. PO Box 66879

City, State, ZIP+4® St Louis MO 63166

MAR 09 2021
USPS