IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> LUIS HOMMY RODRIGUEZ VAZQUEZ <br> RUTH JACQUELINE CRUZ MERCED <br> Debtor(s) <br> LUIS HOMMY RODRIGUEZ VAZQUEZ <br> RUTH JACQUELINE CRUZ MERCED <br><br> Plaintiff(s) <br> USDA RURAL HOUSING SERVICE <br> Defendant(s) | CASE NO. 20-03819-MCF13 <br> Chapter 13 <br><br> ADVERSARY NUMBER: 21-00024-MCF <br><br> FILED & ENTERED ON SEP/07/2021 |

ORDER

    Upon the Plaintiffs' motion requesting continuance of the Initial Scheduling Conference Scheduled for September 8, 2021 at 9:00 A.M., the court approves the Joint Initial Scheduling Report at Docket No. 17 and vacates the hearing. The court noted that the parties stipulated at Docket No. 17 that the present cause of action is a core proceeding; that the court has subject matter jurisdiction and that they consent to eventual entry of a judgment disposing of the case.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 7 day of September, 2021.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge